UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** } | |
| } | |
| v. } | Crim No. 05-515M-02 (JMF) |
| } | |
| Alfredo Medina, et.al., ) | |
| **ADALBERTO FLORES** ) | |
| **Defendant No. 02** ) | |
| _____} | |

<u>NOTICE OF APPEARANCE</u>

COMES NOW, James W. Rudasill, Jr., #318113, pursuant to Local Criminal Rule 44.5(a) and respectfully request that the Clerk of the Court enter his appearance in this case as appointed counsel pursuant to the Criminal Justice Act , Title 18 U.S.C. Section 3006A for defendant, Adalberto Flores, ***nunc pro tunc,*** on September 28, 2005.

Respectfully submitted,

_____
James W. Rudasill, Jr #318113
717 D Street, N.W.
Suite 310
Washington, D.C. 20004
(202) 783-7908

CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Notice was served by mail on Barry Weigand, Esq., Assistant United States Attorney, 555 Fourth Street, NW, Washington, D.C. 20001, Fred Jones, Esq., Counsel for Defendant Medina and Carlos Venagas, Esq., Counsel for Defendant Luna, Assistant Federal Public Defender, 625 Indiana Avenue, N.W. Ste 550, Washington, D.C. 20004.

_____
James W. Rudasill, Jr.